UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES – GENERAL**

Case No.   EDCV 22-1416-MWF(ADS)                    Date: October 17, 2022

Title      *Torin Allen Comeaux v. Jose Samson, et al.*

Present: The Honorable:    MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:   (IN CHAMBERS) ORDER DENYING APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS; ORDER DISMISSING ACTION**

On August 1, 2022, Plaintiff Torin Allen Comeaux filed a Complaint ("Complaint" (Docket No. 1)) and an Application to Proceed in District Court Without Prepaying Fees or Costs ("Application" (Docket No. 2)).  On August 16, 2022, the Court filed an Order on Request to Proceed Without Prepayment of Filing Fees ("Order" (Docket No. 6)).  Pursuant to the Order, the Application was deficient in that it did not include an authorization to disburse funds from the prison trust account.  Plaintiff was granted leave to file an amended Request to Proceed In Forma Pauperis with the missing information, or pay the full filing fee of $402 within 30 days.

The Order specifically warned that "[I]f Plaintiff does not comply with these instructions within 30 days, this case will be DISMISSED without prejudice."  As of October 13, 2022, the Court has not received an amended application or the filing fee from Plaintiff.

The Court therefore DENIES the Application and ORDERS this matter DISMISSED without prejudice.

Initials of Preparer:  RS/sjm